# Notice Recipients

District/Off: 0208–7 | User: | Date Created: 11/19/2019
Case: 19–23628–rdd | Form ID: 309A | Total: 56

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr      TD Auto Finance LLC
                                                                                                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Michael E Alvarado      15 Parkway Drive       West Nyack, NY 10994
ust     United States Trustee       Office of the United States Trustee       U.S. Federal Office Building        201 Varick Street, Room 1006       New York, NY 10014
tr      Marianne T. O'Toole       Marianne T. O'Toole, LLC        22 Valley Road       Katonah, NY 10536
aty     Martin A. Mooney       Schiller, Knapp, Lefkowitz & Hertzel LLP       950 New Loudon Road, Suite 109       Latham, NY 12110
aty     Scott B. Ugell       Ugell Law Firm, P.C.       151 North Main Street       Suite 202       New City, NY 10956
smg     N.Y. State Unemployment Insurance Fund       P.O. Box 551       Albany, NY 12201–551
smg     New York State Tax Commission       Bankruptcy/Special Procedures Section       P.O. Box 5300       Albany, NY 12205–0300
smg     United States Attorney's Office       Southern District of New York       Attention: Tax & Bankruptcy Unit       86 Chambers Street, Third Floor       New York, NY 10007
7594394     AMEX/DSNB       CORRESPONDENCE/BANKRUPTCY       PO BOX 981540       EL PASO, TX 79998
7626239     Ashley Funding Services, LLC       Resurgent Capital Services       PO Box 10587       Greenville, SC 29603–0587
7594395     BCC FINANCIAL MGMT SVCS       3230 W COMMERCIAL BLVD       SUITE 190       FORT LAUDERDALE, FL 33309
7594396     BON SECOURS CHS MEDICAL GROUP       20 GRAND STREET       WARWICK, NY 10990–1035
7594397     CHASE CARD SERVICES       ATTN: BANKRUPTCY       PO BOX 15298       WILMINGTON, DE 19850
7594398     CRYSTAL RUN HEALTHCARE       155 CRYSTAL RUN ROAD       MIDDLETOWN, NY 10941–4028
7594399     CRYSTAL RUN HEALTHCARE       155 CRYSTAL RUN ROAD       MIDDLETOWN, NY 10941–4028
7594400     DONNA LYNCH       60 CEDAR HILL AVE       NYACK, NY 10960
7643669     Department Stores National Bank       c/o Quantum3 Group LLC       PO Box 657       Kirkland, WA 98083–0657
7594401     EMA – NYACK EMERG SVCS       PO BOX 6321       PARSIPPANY, NJ 07054–7321
7594402     FOSTER AND GARBUS       60 MOTOR PARKWAY       COMMACK, NY 11725–5710
7594403     GOOD SAMARITAN HOSPITAL       P.O. BOX 742747       ATLANTA, GA 30384–2747
7594404     GOOD SAMARITAN HOSPITAL       P.O. BOX 742747       ATLANTA, GA 30384–2747
7594405     GOOD SAMARITAN HOSPITAL       P.O. BOX 742747       ATLANTA, GA 30384–2747
7594406     JH PORTFOLIO DEBT EQUITIES LLC       5757 PHANTOM DR       SUITE 225       HAZELWOOD, MO 63042
7619633     JPMorgan Chase Bank, N.A.       s/b/m/t Chase Bank USA, N.A.       c/o Robertson, Anschutz & Schneid, P.L.       6409 Congress Avenue, Suite 100       Boca Raton, FL 33487
7594407     LAB CORP       P.O. BOX 2240       BURLINGTON, NC 27216
7594408     LAB CORP OF AMERICA HOLDINGS       P.O. BOX 2240       BURLINGTON, NC 27216
7594409     LAB CORP OF AMERICA HOLDINGS       P.O. BOX 2240       BURLINGTON, NC 27216
7594410     LAB CORPORATION OF AMERICA       C/O AMCA       PO BOX 1235       ELMSFORD, NY 10523–0935
7605891     M&T Bank       P.O. Box 1508       Buffalo, NY 14240
7594411     MANDARICH LAW GROUP LLP       5965 TRANSIT RD, STE 500       EAST AMHERST, NY 14051
7594412     MANUFACTURES & TRADE       ONE FOUNTAIN PL/3RD FL       BUFFALO, NY 14203
7594413     MCCARTHY, BURGESS & WOLFE       COLLECTIONS       26000 CANNON BLVD       CLEVELAND, OH 44146
7594414     MICHAEL J. ALVARADO       15 PARKWAY DR       WEST NYACK, NY 10994
7594415     MONTEFIORE/NYACK       PO BOX 8770       CORAL SPRINGS, FL 33075
7594416     MONTEFIORE/NYACK       PO BOX 8770       CORAL SPRINGS, FL 33075
7594417     NYACK HOSPITAL       6900 COLLEGE BLVD, STE 550       OVERLAND PARK, KS 66211
7594418     NYACK HOSPITAL IP       6900 COLLEGE BLVD, STE 550       OVERLAND PARK, KS 66211
7594419     PORTFOLIO RECOVERY       ATTN: BANKRUPTCY       120 CORPORATE BLVD       NORFOLD, VA 23502
7595575     PRA Receivables Management, LLC       PO Box 41021       Norfolk, VA 23541
7594420     QUEST DIAGNOSTICS       PO BOX 7308       HOLLISTER, MO 65673
7594421     QUEST DIAGNOSTICS       PO BOX 7308       HOLLISTER, MO 65673
7594422     SCHILLER, KNAPP, LEFKOWITZ &       HERTZEL, LLP       950 NEW LOUDON ROAD       LATHAM, NY 12110
7594423     SPECIALIZED LOAN SERVICING LLC       8742 LUCENT BLVD, SUITE 300       HIGHLANDS RANCH, CO 80129–2386
7620946     Schiller, Knapp, Lefkowitz & Hertzel, LLP       Attorneys for TD Auto Finance LLC       950 New Loudon Road       Latham, NY 12110
7594424     TCC MAILING SERVICES       6900 COLLEGE BLVD, STE 550       OVERLAND PARK, KS 66211

| | | | | |
|---|---|---|---|---|
| 7594425 | TD AUTO FINANCE | ATTN: BANKRUPTCY | PO BOX 9223 | FARMINGTON HILSS, MI 48333 |
| 7594426 | TRANS CONTINENTAL CREDIT CO. | PO BOX 5055 | WHITE PLAINS, NY 10602 | |
| 7594427 | TRANS CONTINENTAL CREDIT CO. | PO BOX 5055 | WHITE PLAINS, NY 10602 | |
| 7594428 | UNITED COLLECTION BUREAU, INC. | 5620 SOUTHWYCK BLVD | SUITE 206 | TOLEDO, OH 43614 |
| 7594429 | VERIZON | VERIZON WIRELESS BK ADMIN | 500 TECHNOLOGY DR STE 550 | WELDON SPRINGS, MO 63304 |
| 7637694 | Verizon | by American InfoSource as agent | 4515 N Santa Fe Ave | Oklahoma City OK 73118 |
| 7594430 | WELLS FARGO DEALER SERVICES | ATTN: BANKRUPTCY | PO BOX 19657 | IRVINE, CA 92623 |
| 7594431 | WELLS FARGO HOME MORTGAGE | P.O. BOX 10335 | DES MOINES, IA 50306 | |
| 7594432 | WOODS OVIATT GILMAN | 700 CROSS ROADS BUILDING | 2 STATE STREET | ROCHESTER, NY 14614 |
| 7622038 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto | PO Box 130000 | Raleigh, NC 27605 | |

TOTAL: 55